UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Misc. No. 23-951 |
| v. | ) | (Related to 05-CR-125) |
| AMANDA M. HASKIN, | ) | |
| Defendant, | ) | |
| HOLY FAMILY INSTITUTE and its successors and assigns, | ) | ELECTRONICALLY FILED |
| Garnishee. | ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the United States District Court to direct the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment ("Judgment"), entered on May 10, 2006, against the Defendant in the above-cited action, Amanda M. Haskin, Social Security Number ▮▮▮-▮▮-0877, whose last known address is ▮▮▮▮▮▮▮▮, Cranberry Township, Pennsylvania ▮▮▮▮▮.

The total balance due on the Judgment as of August 30, 2023, is $203,758.59.

Not less than 30 days have elapsed since the demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The United States believes that the Garnishee owes or will owe money or property to the Defendant or is in possession of property of the Defendant. The United States also believes the Defendant holds a non-exempt interest in this property.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney


*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant U.S. Attorney
Counsel for Plaintiff
Joseph F. Weis, Jr., U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
412-894-7429
(412) 644-5870 - fax
jill.locnikar@usdoj.gov
PA I.D. 85892